## DE LANQUILLETTE v. POLLOCK et al.

(Supreme Court, General Term, Second Department.    May 14, 1894.)

Action by Henry de Lanquillette against George W. Pollock and Edward Floyd Jones.
Argued before BROWN, P. J., and DYKMAN and CULLEN, JJ.
No opinion.    Order affirmed, with costs.    All concur.

---

## DITMAS v. HITCHINGS et al.

(Supreme Court, General Term, Second Department.    May 14, 1894.)

Action by Joana Ditmas against Hector M. Hitchings and another.
Argued before BROWN, P. J., and DYKMAN and CULLEN, JJ.
No opinion.    Reargument ordered.

---

## HARRIS, Respondent, v. UNION EL. R. Co., Appellant.

(Supreme Court, General Term, Second Department.    May 14, 1894.)

Appeal from circuit court, Kings county.
Action by Henry Frederick Harris against the Union Elevated Railroad Company.

Hoadly, Lauterbach & Johnson (Wm. N. Cohen and Frederick P. Delafield, of counsel), for appellant.
Stephen M. Hoye (Francis Russel Whitney, of counsel), for respondent.

PRATT, J.    There are no questions of law that require discussion.    The witness James was clearly incompetent to testify as to the change produced in the rental value of Hudson avenue by the construction of the road. The question of fact as to the amount of depreciation of the rental value by the road was determined favorably to defendant.    The evidence would have justified a much larger verdict.    We find no errors, and the judgment is affirmed, with costs.

---

## IBA, Respondent, v. McCUE, Appellant.

(Supreme Court, General Term, Second Department.    May 14, 1894.)

Appeal from judgment on report of referee.
Action by Caspar Iba against Thomas McCue to foreclose a mortgage.

Rabe & Keller, for appellant.
Henry C. Botty, for respondent.

DYKMAN, J.    This is an appeal from a judgment in an action for the foreclosure of a mortgage, entered upon the report of a referee.    There was no defense to the action, and the appeal is destitute of merit.    I advise the affirmance of the judgment without an opinion.